IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES ALLEN, | ) |
| | ) Civil Action No. |
| Plaintiff, | ) |
| | )   1:11-cv-01497-AT |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| GWINNETT SPRINKLER | ) |
| COMPANY INC., AND CHAZ | ) |
| AHMED, | ) |
| | ) |
| Defendants. | ) |

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff James Allen ("Plaintiff") and Defendants Gwinnett Sprinkler Company Inc., and Chaz Ahmed ("Defendants") and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby **STIPULATE TO DISMISS WITH PREJUDICE** all claims that were, or could have been raised by Plaintiff against Defendants in the above-styled action. The parties shall bear their own costs and expenses of this action, and each party waives any rights of appeal.

Respectfully submitted this 6th day of October, 2011.

| | |
|---|---|
| s/Benjamin B. Kandy | s/Jeffery D. Mokotoff |
| Amanda A. Farahany | Jeffery D. Mokotoff |
| Georgia Bar No. 646135 | Georgia Bar No. 515472 |
| Benjamin B. Kandy | Raanon Gal |
| Georgia Bar No. 765357 | Gerogia Bar No. 100281 |
| BARRETT & FARAHANY, LLP | FORD & HARRISON, LLP |
| 1100 Peachtree Street | 271 17th Street NW |
| Suite 500 | Suite 1900 |
| Atlanta, GA 30309 | Atlanta, GA  30363 |
| (404) 214-0120 | (404) 888-3800 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES ALLEN, ) | |
| ) | Civil Action No. |
|   Plaintiff, ) | |
| ) | 1:11-cv-01497-AT |
| v. ) | |
| ) | Jury Trial Demanded |
| GWINNETT SPRINKLER ) | |
| COMPANY INC., AND CHAZ ) | |
| AHMED, ) | |
| ) | |
|   Defendants. ) | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

        Raanon Gal
        Ford & Harrison, LLP
        271 17th Street, N.W. Suite 1900
        Atlanta, GA  30363

        Jeffery D. Mokotoff
        Ford & Harrison, LLP
        271 17th Street, N.W. Suite 1900
        Atlanta, GA  30363

This 6th day of October, 2011.

                                                <u>s/Benjamin B. Kandy</u>
                                                Amanda A. Farahany
                                                Georgia Bar No. 646135
                                                Benjamin B. Kandy
                                                Georgia Bar No. 765357

BARRETT & FARAHANY, LLP
1100 Peachtree Street
Suite 500
Atlanta, GA 30309